UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

In re:                                                                                          Chapter 13

Bradley Dale Weldon                                                         Case No. 16-11528-mdc

        Debtor.
_____/

## REQUEST FOR SERVICE OF NOTICES

**TO THE CLERK, DEBTOR, TRUSTEE, AND ALL INTERESTED PARTIES:**

**PLEASE TAKE NOTICE** that, on behalf of Bank of America, N.A. ("Secured Creditor"), a creditor in the above-captioned case, the undersigned requests that all notices required to be given in this case and all papers required to be served in this case pursuant to Federal Rule of Bankruptcy Procedure 2002 be served upon the undersigned, and that the undersigned be added to the Court's Master Mailing List.

**Marinosci Law Group, P.C.**
**ATTN:  Bankruptcy Department**
**100 West Cypress Creek Road, Suite 1045**
**Fort Lauderdale, FL 33309**

**MARINOSCI LAW GROUP, P.C.**
Authorized Agent for Secured Creditor
100 West Cypress Creek Road, Suite 1045
Fort Lauderdale, FL 33309
Phone: (954) 644-8704 / Fax:  (954) 772-9601
Email: wwasserman@mlg-defaultlaw.com

/s/ Wendy J. Wasserman
**Wendy J. Wasserman**

BK Case No.: 16-11528-mdc

# CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the foregoing Request for Notice has been served electronically or via U.S. Mail, first-class postage prepaid, to the parties listed below on April 11, 2016.

**William C. Miller, Trustee**
1234 Market Street
Suite 1813
Philadelphia, PA 19107

**United States Trustee**
833 Chestnut Street
Suite 500
Philadelphia, PA 19107

**Bradley Dale Weldon**
1650 Franklin Avenue
Abington, PA 19090

**Mark A. Cronin, Esq.**
26 S. Church Street
West Chester, PA 19382

       **MARINOSCI LAW GROUP, P.C**.
       Authorized Agent for Secured Creditor
       100 West Cypress Creek Road, Suite 1045
       Fort Lauderdale, FL 33309
       Phone: (954) 644-8704 / Fax:  (954) 772-9601
       Email: wwasserman@mlg-defaultlaw.com

       /s/ Wendy J. Wasserman
       **Wendy J. Wasserman**