**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

IN RE:                                                                                   CASE NO.: 16-11528-mdc
                                                                                          CHAPTER 13
Bradley Dale Weldon,

  Debtor.

_____/

**REQUEST FOR SERVICE OF NOTICES**

**PLEASE TAKE NOTICE THAT,** on behalf of THE BANK OF NEW YORK MELLON TRUST COMPANY, NATIONAL ASSOCIATION AS TRUSTEE FOR RESIDENTIAL ASSET MORTGAGE PRODUCTS, INC., MORTGAGE ASSET-BACKED PASS-THROUGH CERTIFICATES, SERIES 2006-RS1 ("Secured Creditor"), and pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned counsel and the following be added to the Court's Master Mailing List:

**ROBERTSON, ANSCHUTZ & SCHNEID, P.L.**
**BANKRUPTCY DEPARTMENT**
**6409 CONGRESS AVE., SUITE 100**
**BOCA RATON, FL 33487**

> Robertson, Anschutz & Schneid, P.L.
> Authorized Agent for Secured Creditor
> 6409 Congress Ave., Suite 100
> Boca Raton, FL 33487
> Telephone: 561-241-6901
> Facsimile: 561-997-6909
> By: /s/Levi Wilkes
> Levi Wilkes, Esquire
> Email: lwilkes@rasflaw.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on April 11, 2016, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States Mail to the following parties:

MARK A. CRONIN
26 S. CHURCH STREET
WEST CHESTER, PA  19382

BRADLEY DALE WELDON
1650 FRANKLIN AVENUE
ABINGTON, PA  19090

WILLIAM C. MILLER
1234 MARKET STREET
SUITE 1813
PHILADELPHIA, PA  19107

UNITED STATES TRUSTEE
833 CHESTNUT STREET
SUITE 500
PHILADELPHIA, PA  19107

Robertson, Anschutz & Schneid, P.L.
Authorized Agent for Secured Creditor
6409 Congress Ave., Suite 100
Boca Raton, FL 33487
Telephone: 561-241-6901
Facsimile: 561-997-6909
By: /s/Levi Wilkes
Levi Wilkes, Esquire
Email: lwilkes@rasflaw.com